364 A.2d 900

COMMONWEALTH of Pennsylvania

v.

Daniel EVERETTS, Appellant (two cases).

Supreme Court of Pennsylvania.

Argued March 8, 1976.

Decided Oct. 8, 1976.

Frank P. Krizner, McCandless, Chew & Krizner, Butler (court appointed), for appellant at Nos. 37 and 38.

Blake E. Martin, Public Defender, Chambersburg, for appellant at No. 50.

John H. Brydon, Dist. Atty., Robert F. Hawk, Asst. Dist. Atty., Butler, for appellee at Nos. 37 and 38.

John R. Walker, Dist. Atty., Chambersburg, for appellee at No. 50.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.

## ORDER OF THE COURT

PER CURIAM:

Order 233 Pa.Super. 744, 339 A.2d 813, affirmed.